# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0535.  BUCKLEY v. WALDROP FARMS HOMEOWNERS ASSOCIATION, INC.

The parties have indicated that the trial court entered the final judgment from which this appeal was taken after the appellant had filed a bankruptcy petition which automatically stayed the state court proceedings. See 11 USC § 362. "Any orders or judgments entered in violation of an automatic bankruptcy stay are void; they are deemed without effect and are rendered an absolute nullity." *Miller v. Lomax*, 333 Ga. App. 402, 404 (3) (773 SE2d 475) (2015) (citation and punctuation omitted). Accordingly, the case is hereby remanded to the trial court with direction that it designate the final judgment as void. The "jurisdiction of the state court is suspended until the automatic bankruptcy stay is lifted, whereupon the case resumes the status it occupied when the stay initially took effect." *Gajaanan Investment, LLC v. Shahil & Shahil Corp.*, 323 Ga. App. 694, 696 (1) (747 SE2d 713) (2013) (citations omitted). Accord *Bellsouth Telecommunications, LLC v. Cobb County*, 352 Ga. App. 110, 112 (3) (834 SE2d 124) (2019) (case remanded to trial court until bankruptcy stay lifted).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   04/15/2020        *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*